■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WHITE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Nelson, J.), imposed January 15, 1991.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Sullivan, Rosenblatt, Miller and Pizzuto, JJ., concur.